1

2

3                                                               "O"

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   Case No. SACR 05-048 CJC
                                        )
12              Plaintiff,              )   ORDER OF DETENTION
                                        )
13        v.                            )   [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C.
                                        )   §3143(a)]
14   TERESA GONZALEZ,                   )
                                        )
15              Defendant.              )

16

17        The defendant having been arrested in this judicial district pursuant to a warrant

18   issued by the Honorable Cormac J. Carney, United States District Judge, for an alleged

19   violation of the terms and conditions of the defendant's supervised release; and

20        The Court having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),      The Court finds that:

22   A.   (X)   The defendant has not met her burden of establishing by clear and convincing

23              evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or

24              (c). This finding is based on the nature of the charged offense, the defendant's

25              lack of bail resources, lack of a stable residence, prior probation violations, use

26              of multiple aliases, birth dates and two social security numbers, history of

27              substance abuse, defendant's unstable mental condition, and the nature of the

28              charge offense (indicating the defendant is unlikely to comply with conditions

               of release); and

1   B.    (X)    The defendant has not met her burden of establishing by clear and convincing

2                      evidence that she is not likely to pose a danger to the safety of any other

3                      person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

4                      finding is based on the nature of the charged offense, defendant's history of

5                      substance abuse and drug related offenses, and her extensive criminal history,

6                      which includes crimes of violence.

7

8        IT THEREFORE IS ORDERED that the defendant be detained pending the further

9   revocation proceedings.

10

11

12  Dated: September 12, 2007

13                          /s/      ARTHUR NAKAZATO

                                     ARTHUR NAKAZATO

14                     UNITES STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28